UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATRICK GUILLORY, JR.     CIVIL ACTION

VERSUS     18-846-SDD-EWD

ATTORNEY GENERAL, ET AL.

### RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated May 24, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion for Summary Judgment*[3] is hereby DENIED without prejudice.

Signed in Baton Rouge, Louisiana the 18 day of June, 2019.

*[signature]*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 8.
[2] Rec. Doc. 13.
[3] Rec. Doc. 8.