**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

PATRICK GUILLORY, JR.                                    CIVIL ACTION

VERSUS                                                            18-846-SDD-EWD

ATTORNEY GENERAL, ET AL.

### RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated October 28, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,** Plaintiff's remaining claims against John Doe and Jane Doe are hereby DISMISSED WITHOUT PREJUDICE, pursuant to Federal Rule of Civil Procedure 4(m) and Local Civil Rule 41(b)(1)(A).

Signed in Baton Rouge, Louisiana on November 22, 2019.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 417.